IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| MELVIN ROACH JR., | § | Case No. 25-11047 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS PURSUANT TO 11 U.S.C. § 362(K)(1) FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY**

Upon the *Motion for Sanctions Pursuant to 11 U.S.C. § 362(k)(1) for Willful Violation of the Automatic Stay* (the "Motion")[1] filed by Melvin Andrew Roach Jr. (the "Debtor"), **IT IS HEREBY ORDERED THAT**:[2]

1. The Motion is **DENIED WITH PREJUDICE** to refiling.

2. The Debtor suffered no actual damages in connection with the Motion. The Debtor is not entitled to compensation for any time, effort, or cost spent in filing and prosecuting the Motion.

3. Comcast may, without further order of this Court, seek payment for all postpetition services provided to the Debtor and exercise all rights and remedies under any agreement with the Debtor, including the suspension or termination of postpetition services, in the event the Debtor fails to timely pay for such postpetition services. For the avoidance of doubt, nothing in this Order authorizes Comcast to attempt to collect any prepetition debt without further order of this Court.

Dated: _____August 8_____, 2025

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not expressly defined herein shall have the same meaning as ascribed in the Motion.
[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact where appropriate. See Fed. R. Bankr. P. 7052.